# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2108
Lower Tribunal No. 21-1242
_____

**Saul Cimbler, etc.,**
Appellant,

vs.

**Rebecca Greemberg, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Andrew M. Kassier, P.A., and Andrew M. Kassier, for appellant.

No appearance, for appellees.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.  See § 736.0201(4)(e), Fla. Stat. ("A judicial proceeding involving a trust may relate to the validity, administration, or distribution of a trust, including proceedings to . . . determine any question arising in the administration or distribution of any trust . . . .").